The majority, while affirming the lower court's denial of appellants' motions to dismiss for lack of personal jurisdiction, expressly extends our holding in RedwingCarriers, Inc. v. Foster, 382 So.2d 554 (Ala. 1980), to hold all forum selection clauses void as against the public policy of this *Page 160 
state. As the appellee states in its brief, correctly I believe, Redwing Carriers is clearly distinguishable and should not apply in this case. Here, the forum selection clause was not divesting the Alabama courts of subject matter jurisdiction, as prohibited by Redwing Carriers, but was vesting jurisdiction in Alabama courts. Where, as here, the forum selection clause entrusts jurisdiction upon a court of this state, I do not believe that the public policy concerns expressed in Redwing Carriers have been violated. I would, therefore, concur with the majority opinion except for that part that extends this Court's holding in Redwing Carriers to hold all forum selection clauses void as against public policy.
JONES, J., concurs.